# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. OTIS TAYLOR YELLOW MULE, Defendant. | Case No. CR-10-13-BLG-SPW<br>Case No. CR-16-24-BLG-SPW<br><br>**ORDER** |
|---|---|

Upon the Defendant's Unopposed Motion to Expedite Revocation Hearing (Doc. 117), and for good cause appearing,

IT IS HEREBY ORDERED that the Revocation Hearing set for Wednesday, September 29, 2021 at 10:30 a.m., is **VACATED.**

IT IS HEREBY ORDERED that the revocation hearing is reset for **Friday, September 17, 2021 at 1:30 p.m.**

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 26th day of August, 2021.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE